UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| CITY OF CULVER CITY, a California governmental entity,<br><br>    Plaintiff,<br><br>v.<br><br>NEW FLYER OF AMERICA, INC., a corporation, and DOES 1-100,<br><br>    Defendants. | Case No: 2:17-CV-00086 BRO (JEMX) (LASC COURT ACTION NO. BC639307) Assigned to Hon. Terry J. Hatter (Complaint filed on October 31, 2016)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** [JS-6] |

## ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice. Each party is to bear its own attorney's fees and costs.

Dated: ~~April~~ MAY 4, 2018

_____
Hon. Terry J. Hatter, Jr.
Senior Judge
United States District Court